# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS - ROCKFORD

RECEIVED

NOV 1 5 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Laurence A. Manoski | ) |
| | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| Kelly Taylor | ) |
| INTERNAL REVENUE SERVICE | ) |
| | ) |
| Respondent. | ) |

11 C 50 3 38

*Judge Kapala*

## PETITION FOR REDRESS OF GRIEVANCE

Laurence A. Manoski, hereinafter 'Petitioner,' Authorized Representative for the Surety over LAURENCE A. MANOSKI, alleges as follows:

1.      This action is brought pursuant to the 1st Amendment of the U.S. Constitution to enforce a binding contract between Petitioner and Kelly Taylor, Internal Revenue Service, hereinafter 'Respondent.'

2.      Petitioner, one of the people living within Illinois state, found his PERSON (Taxpayer) charged with a NOTICE of LEVY on WAGES, SALARY, and OTHER INCOME for collection of alleged taxes owed. Without argument to the contrary, Petitioner, as Accommodation Party for the Taxpayer (the Accommodated Party) accepted the allegation and tendered full payment sufficient to cover all charges, including interest, penalties, etc. (see Exhibit "A")

3.    Respondent works for the INTERNAL REVENUE SERVICE (Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent) and is within the jurisdiction of this court. 26 U.S.C. §7426(a)(1).

4.    Without objection, the Chief Financial Officer of the INTERNAL REVENUE SERVICE confirmed the acceptance of the tender payment for Taxpayer/Account LAURENCE A. MANOSKI XXX-XX-5037 for Tax Period Ending 12-31-2006 on June 16, 2011. Said confirmation was certified on July 14, 2011, and publicly registered as UCC Filing Number 11-7276772707.

5.    Without objection, Respondent, in her capacity as Operations Manager of ACS Support for the INTERNAL REVENUE SERVICE office in Kansas City, MO, did confirm on July 27, 2011, that the balance for Taxpayer/Account LAURENCE A. MANOSKI XXX-XX-5037 for Tax Period Ending 12-31-2006 is zero dollars ($0.00) satisfying the liability for which the Levies were issued.

6.    Without objection, Respondent, in her capacity as Operations Manager of ACS Support for the INTERNAL REVENUE SERVICE office in Kansas City, MO, did confirm on August 8, 2011, that:

   a)  the case of Taxpayer/Account LAURENCE A MANOSKI XXX-XX-5037 for Tax Period: 12-31-2006 is dismissed with prejudice for failure to state a claim upon which relief can be granted; and

   b)  AMERICAN ESCROW & CLOSING COMPANY and DIGITAL PIX & COMPOSITES LLC are released from levying the earnings of Taxpayer LAURENCE A. MANOSKI; and

c) should Taxpayer LAURENCE A. MANOSKI find it necessary to go into any proceeding administratively or judicially in order to obtain a *public* judgment of dismissal with prejudice, Respondent nor any other agent or representative of the INTERNAL REVENUE SERVICE will raise any claim or objection;

Said confirmation was certified on August 15, 2011, and publicly registered as UCC Filing Number 11-7280836642.

WHEREFORE, Laurence A. Manoski prays:

A. That the Court issue an order directing Respondent to show cause, if any, why she should not be compelled to comply with the stipulations of the PRIVATE ADMINISTRATIVE JUDGMENT to which she consented by tacit acquiescence to form a binding contract;

B. That the Court, in light of Ms. Taylor's commitment not to raise any claim or objection, enforce the binding contract of agreement between the parties by requiring Ms. Taylor to issue releases of levy immediately to AMERICAN ESCROW & CLOSING COMPANY and DIGITAL PIX & COMPOSITES LLC;

C. That the Court enter a final judgment and enforcement order;

D. That the Court grant such other and further relief as is just and proper.

Respectfully submitted this 10th day of November, 2011.

LAURENCE A. MANOSKI

Authorized Representative

## PETITION FOR REDRESS OF GRIEVANCES
## PRESENTED UNDER NOTARY SEAL
NOTICE TO AGENT IS **NOTICE** TO PRINCIPAL — **NOTICE** TO PRINCIPAL IS **NOTICE** TO AGENT

**From:**  BRIAN C. COYLE, NOTARY PUBLIC
60 West Terra Cotta Avenue, Suite B
Crystal Lake, Illinois [60014-3548]                           November 10, 2011

**To:**  Michael W. Dobbins, Clerk of the Court
c/o United States District Court
211 South Court Street
Rockford, Illinois 61101

**Re.**  LAURENCE A. MANOSKI
Taxpayer/Account LAURENCE A. MANOSKI XXX-XX-5037 for  Tax Period 12-31-2006

**Service:**  USPS Registered Mail Article No. RB 665 966 200 US; Notary's Certificate of Service

I have been contacted by Laurence A. Manoski, Authorized Representative for the Surety over the above-referenced party, hereinafter "Petitioner", for the purpose of presenting records under notary seal in regards to the above-referenced matter.  It is not the intent of the Petitioner to file a civil action as a plaintiff, but rather to seek remedy through the right of petition for redress of grievances.

I have been asked to mention: i) that within the records is the Petitioner's claim of an Administrative Judgment regarding the above-referenced matter; ii) that the records as a **FINAL EXPRESSION IN A RECORD** comprise a complete and exclusive statement of the terms of the agreement between the parties; iii) that the records constitute the private settlement agreement between Kelly Taylor, Operations Manager–ACS Support, INTERNAL REVENUE SERVICE, and the Petitioner; iv) that contained within the records are certified copies of original instruments executed in my capacity as a witness to the course of dealing between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments by a third party; vi) that enclosed herewith as part of the record are certified copies of the Petitioner's registered security interest in this matter.

I have also been asked to mention that the Petitioner as the aggrieved party requests an Order to Show Cause be issued by this Court to compel the recalcitrant party to the contract, the INTERNAL REVENUE SERVICE, to appear and show cause why the judicial record should not be enforced, repealed, or annulled.  A proposed Order prepared by the Petitioner is enclosed for the convenience of the judge assigned to this case.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law.  I am merely a duty-bound messenger.

Thank you for your assistance and for honoring this request.  All communication should be delivered through me at the above address by Registered or Certified Mail to ensure delivery and appropriate certification.

WITNESS my hand and official seal.

{Seal}

```
OFFICIAL SEAL
BRIAN C COYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14
```

NOTARY PUBLIC                                    November 10, 2011
Void where prohibited by law                     DATE

My commission expires:  July 23, 2014

Enclosures:  PETITION FOR REDRESS OF GRIEVANCES x 2
MOTION FOR ORDER TO SHOW CAUSE x 2
ORDER TO SHOW CAUSE x 2
EXHIBIT "A" – Administrative Record and Judgment x 2
EXHIBIT "B" – Administrative Record and Judgment x 2